UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PATRICK BURT,<br>Petitioner<br>v.<br>WILLIAM P. BARR,<br>Respondent. | Case No. 2:19-cv-07266-FMO (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), Petitioner's "Objection to Transfer of Petition" filed on September 6, 2019 (Dkt. 6, "Objection"), all pleadings and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge (Dkt. 8, "Report"), and Petitioner's Objections to the Report (Dkt. 9). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Having completed its review, the Court concludes that nothing in the Objections calls into question any aspect of the Report, nor does anything in the Objections warrant discussion. The Court accepts the findings and recommendations set forth in the Report.

| | |
|---|---|
| 1 | Accordingly, **IT IS ORDERED** that: (1) Petitioner's Objection to the prior |
| 2 | transfer of this action is DENIED; and (2) Judgment shall be entered dismissing this |
| 3 | action without prejudice for lack of jurisdiction. |
| 4 | |
| 5 | DATE: November 7, 2019　　　　　　_____/s/_____ |
| 6 | 　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN<br>UNITED STATES DISTRICT JUDGE |