UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PATRICK BURT,<br>Petitioner<br>v.<br>WILLIAM P. BARR,<br>Respondent. | Case No. 2:19-cv-07266-FMO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice for lack of jurisdiction.

DATE: November 7, 2019  _____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE